# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 99 EM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANTHONY REID, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of January, 2018, Petitioner Anthony Reid's Application for Exercise of Extraordinary Relief is hereby DENIED.

    Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.